UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ERNEST CARPENTER,

Plaintiff,

v.

MINEV, et al.,

Defendants.

Case No.  2:20-cv-00800-GMN-NJK

ORDER

On May 11, 2021, the Court issued an order screening Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, wherein the Court dismissed the complaint without prejudice and granted leave to amend within 30 days. Docket No. 3. Plaintiff has now filed two identical motions requesting an additional 90 days to file an amended complaint. Docket Nos. 5, 6. The motions state that Plaintiff has a limited understanding of the law and that it has been difficult for him to access the law library due to COVID-19. *Id.* The Court grants the motions in part. Plaintiff shall file any amended complaint on or before August 11, 2021.  The Court notes that any amended complaint does not need to include legal arguments. Rather, any amended complaint must focus on alleging facts that support a colorable claim under the legal standards discussed in the Court's screening order.

It is therefore **ORDERED** that Plaintiff's motions for an extension of time to file an amended complaint are **GRANTED** in part. Docket Nos. 5, 6. Plaintiff must file any amended complaint on or before **August 11, 2021**.

It is further **ORDERED** that, if Plaintiff fails to file an amended complaint on or before **August 11, 2021**, this action will be subject to dismissal without prejudice.

DATED: June 15, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE